UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS RODRIGUEZ,

Plaintiff,

-against-

UNITED STATES OF AMERICA.,

Defendants.

25 CIVIL 05606 (KMW)

# CIVIL JUDGMENT

For the reasons stated in the August 17, 2026, Order, the Court dismisses this action for the reasons set forth in this Order. The Court dismisses Plaintiff's claims that he asserts pro se on behalf of COPS Tracker, LLC, without prejudice. The Court dismisses Plaintiff's own claims against the United States of America under the doctrine of sovereign immunity, for lack of subject-matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: New York, New York
August 19, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge